No. 2023-1627

**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

OSSEO IMAGING, LLC,

*Plaintiff-Appellee*,

v.

PLANMECA USA INC.,

*Defendant-Appellant*.

*Appeal from the United States District Court for the District of Delaware
Case No. 1:17-cv-01386
Senior U.S. District Judge Joseph F. Bataillon*

**CONSENTED MOTION FOR 7-DAY EXTENSION
TO FILE APPELLANT'S REPLY BRIEF**

# CERTIFICATE OF INTEREST

Pursuant to Federal Circuit Rule 47.4, counsel of record for Appellant Planmeca USA Inc. certifies as follows:

1. The full name of every party represented by us is:

    Planmeca USA Inc.

2. The names of every real party in interest represented by us is:

    Not applicable

3. The names of all parent corporations and any publicly held companies that own 10% or more of stock in the party:

    Planmeca Oy

4. The names of all law firms, partners, and associates that have not entered an appearance in the appeal, and (A) appeared for the entity in the lower tribunal; or (B) are expected to appear for the entity in this court:

    Christopher N. Cravey; Kyung Kim; David K. Wooten; Jack B. Blumenfeld

5. Other than the originating case number underlying this appeal, there are no related or prior cases that meet the criteria under Fed. Cir. R. 47.5.

6. Any information required under Fed. R. App. P. 26.1(b) (organizational victims in criminal cases) and 26.1(c) (bankruptcy case debtors and trustees):

    Not applicable

Dated: July 7, 2023

/s/ Wasif H. Qureshi
Wasif H. Qureshi

## MOTION FOR EXTENSION OF TIME

Appellant Planmeca USA Inc. ("Planmeca") respectfully requests an extension of seven (7) days to file its reply brief. Appellee Osseo Imaging, LLC ("Osseo") filed its response brief on July 3, 2023 and thus Planmeca's reply brief is currently due on July 24, 2023. The extension sought herein would extend the due date for Planmeca's reply brief to July 31, 2023.

Planmeca has not received any previous extensions of time with respect to the filing of its reply brief.

## STATEMENT OF CONSENT

Planmeca has conferred with counsel for Osseo regarding the extension sought herein. Osseo consents to the sought extension and is not expected to file a response.

For the foregoing reasons, Planmeca respectfully requests that the Court grant its unopposed motion.

Respectfully submitted,

*/s/ Wasif H. Qureshi*
Wasif H. Qureshi
Leisa T. Peschel
Blake T. Dietrich
JACKSON WALKER LLP
1401 McKinney Street, Ste 1900
Houston Texas 77010
(713) 752-4200
wqureshi@jw.com
lpeschel@jw.com
bdietrich@jw.com

*Attorneys for Appellant Planmeca USA Inc.*

FORM 19. Certificate of Compliance with Type-Volume Limitations   Form 19
July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CERTIFICATE OF COMPLIANCE WITH TYPE-VOLUME LIMITATIONS

**Case Number:** 2023-1627

**Short Case Caption:** Osseo Imaging, LLC v. Planmeca USA Inc.

**Instructions:** When computing a word, line, or page count, you may exclude any items listed as exempted under Fed. R. App. P. 5(c), Fed. R. App. P. 21(d), Fed. R. App. P. 27(d)(2), Fed. R. App. P. 32(f), or Fed. Cir. R. 32(b)(2).

The foregoing filing complies with the relevant type-volume limitation of the Federal Rules of Appellate Procedure and Federal Circuit Rules because it meets one of the following:

☑ the filing has been prepared using a proportionally-spaced typeface and includes 126 words.

☐ the filing has been prepared using a monospaced typeface and includes _____ lines of text.

☐ the filing contains _____ pages / _____ words / _____ lines of text, which does not exceed the maximum authorized by this court's order (ECF No. _____).

Date: 07/07/2023          Signature: /s/ Wasif H. Qureshi

                          Name: Wasif H. Qureshi

Save for Filing